| |
|:---:|
| **Dong v Ernst & Young Capital Advisors, LLC** |
| 2024 NY Slip Op 30836(U) |
| March 14, 2024 |
| Supreme Court, New York County |
| Docket Number: Index No. 160149/2023 |
| Judge: Nicholas W. Moyne |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| PRESENT: | **HON. NICHOLAS W. MOYNE** | PART | 41M |
| | *Justice* | | |

--------------------------------------------------------------------X

DANIEL FANGYANG DONG

                        Plaintiff,

            - v -

ERNST & YOUNG CAPITAL ADVISORS, LLC,

                     Defendant.

--------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 160149/2023 |
| MOTION DATE | 11/03/2023, 11/03/2023 |
| MOTION SEQ. NO. | 001 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 7, 8 were read on this motion to/for     CONFIRM/DISAPPROVE AWARD/REPORT   .

The following e-filed documents, listed by NYSCEF document number (Motion 001) 7, 8 were read on this motion to/for     VACATE - DECISION/ORDER/JUDGMENT/AWARD.

Upon the foregoing documents, it is

Petitioner, Daniel Fangyang Dong (CRD Number 6508178), pursuant to CPLR § 7510 and 9 U.S.C. § 9 of the Federal Arbitration Act, is seeking an order confirming a Financial Industry Regulatory Authority ("FINRA") arbitration award, dated May 15, 2023, rendered in *Daniel Fangyang Dong v. Ernst & Young Capital Advisors, LLC,* FINRA Case No. 22-01027, and ordering FINRA to expunge from petitioner's registration records maintained by the Central Registration Depository ("CRD") the Reason for Termination and Termination Explanation in Section 3 of the Form U5 filed by Ernst & Young Capital Advisors, LLC ("Ernst & Young") and all references to Occurrence Number 2126118. Respondent Ernst & Young advised it will be taking no position regarding the requested relief and does not intend to participate in these proceedings (NYSCEF Doc. No. 8).

Petitioner commenced the underlying Associated Person vs. Member arbitration proceeding with FINRA's Dispute Resolution Services against Ernst & Young, requesting: amendment of the Reason for Termination entry in Section 3 of his Form U5; expungement of the Termination Explanation from his Form U5; amendment of the answer to question 7F(2) on his Form U5; deletion of the Termination Disclosure Detail (U5) from the CRD; deletion of the Termination Disclosure Detail (U4) from the CRD; and deletion of the Termination Disclosure Reporting Pages accompanying Occurrence Number 2126118 from the CRD. Petitioner and respondent entered into a Joint Agreement and Stipulation, to which petitioner stipulated that respondent did not engage in any wrongdoing or defame the petitioner in connection with any of the matters at issue in or related to the arbitration and where respondent took no position on the request for expungement on equitable grounds (affirmation of respondent's counsel, exhibit A). In the award, the arbitrator recommended the expungement of the Reason for Termination and Termination Explanation in Section 3 of Daniel Fangyang Dong's (CRD Number 6508178) Form U5 filed on May 6, 2021, and maintained by the CRD; the Reason for Termination shall be changed to "Voluntary", and the Termination Explanation shall be deleted in its entirety and appear blank (NYSCEF Doc. No. 4). The arbitrator also recommended the expungement of all references to Occurrence Number 2126118 from petitioner's registration records maintained by the CRD and any answers of "Yes" should be changed to "No" (*id.*).

The award further provided that petitioner, "must obtain confirmation of this Award from a court of competent jurisdiction, before the CRD will execute the expungement directive" (id.). Therefore, in accordance with CPLR § 7510, the petition was brought within one year of the arbitration award being issued. Additionally, in accordance with CPLR § 7511, there have been

160149/2023   DONG, DANIEL FANGYANG vs. ERNST & YOUNG CAPITAL ADVISORS, LLC          Page 2 of 4
Motion No.  001 001

2 of 4

[* 2]

no applications to vacate or modify the award made within the ninety-day time period.[1] Similarly, in accordance with 9 U.S.C. § 9 of the Federal Arbitration Act, the petition was brought within one year after the arbitration award was made, and the three-month time limit to vacate, modify, or correct the arbitration award has since expired (*see* 9 U.S.C. §§ 10-12). Therefore, the petition is granted.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Verified Petition is granted, and the arbitration award issued in FINRA Case No. 22-01027 that was rendered in favor of petitioner is confirmed; and it is further

ORDERED that FINRA's Central Registration Depository expunge all references to Occurrence Number 2126118 from the registration records of Daniel Fangyang Dong (CRD No. 6508178); and it is further

ORDERED that FINRA's Central Registration Depository expunge the Reason for Termination and Termination Explanation in Section 3 of Daniel Fangyand Dong's Form U5, filed by respondent on May 6, 2021, and make any amendments as directed in the arbitration award; and it is further

ORDERED that the motion to vacate, which contains the same Motion Sequence number as the motion to confirm, and any relief sought therein, is denied; and it is further

ORDERED that the Clerk of the Court enter judgment accordingly.

---

[1] In the Notice of Petition, petitioner states he is seeking an order, pursuant to CPLR § 7511, vacating the arbitration award. However, as this request is contrary to the relief sought in the Verified Petition and papers, the evidence presented, and the terms of the Joint Agreement and Stipulation, the Court renders this an error. Accordingly, the request to vacate is denied.

**160149/2023  DONG, DANIEL FANGYANG vs. ERNST & YOUNG CAPITAL ADVISORS, LLC**          Page 3 of 4
**Motion No.  001 001**

[* 3]                                         3 of 4

This constitutes the decision and order of the court.

| 3/14/2024 | | | | |
|-----------|---|---|---|---|
| DATE | | | NICHOLAS W. MOYNE, J.S.C. | |

| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|
| | X | GRANTED | ☐ DENIED | GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | ☐ REFERENCE |

160149/2023  DONG, DANIEL FANGYANG vs. ERNST & YOUNG CAPITAL ADVISORS, LLC  Page 4 of 4
Motion No.  001 001

4 of 4